UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10054-RWZ

KENNETH GOLDBERG, *et al*

v.

R. BRUCE REEVES, *et al.*

ORDER

August 24, 2010

ZOBEL, D.J.

Plaintiffs commenced the instant action on January 15, 2009. The suit as originally pled had numerous failings including this court's apparent lack of personal jurisdiction over defendants. It was dismissed, on defendants' motion, with leave to file an amended complaint to the extent it would correct these deficiencies. (Docket # 22.) Plaintiffs filed their amended complaint on March 15, 2010. Defendants again move to dismiss arguing that, among other problems, this court lacks personal jurisdiction over the defendants, including those added by the amendment.

A court may exercise personal jurisdiction over a non-resident defendant if that defendant has either continuous and systematic contacts with the forum or contacts sufficiently related to the cause of action. See generally N. Laminate Sales, Inc. v. Davis, 403 F.3d 14, 24-25 (1st Cir. 2005). Plaintiff bears the burden of establishing personal jurisdiction and, if challenged, "must go beyond the pleadings and make

affirmative proof." United States v. Swiss Am. Bank, 274 F.3d 610, 618-19 (1st Cir. 2001) (internal quotation marks omitted).

There is no allegation in the amended complaint of any contact between any defendant and the Commonwealth of Massachusetts. Plaintiffs assert in their opposition to the motion to dismiss that one of the defendants communicated with the plaintiffs in Massachusetts, and that two other defendants "appear to do a substantial amount of business in Massachusetts," but these assertions are wholly unsupported by any evidence, affidavit or otherwise. (Pls' Opp'n 5-6, Docket # 32.)

The motion to dismiss (Docket # 30) is ALLOWED. The motion to withdraw (Docket # 35) is ALLOWED. The motion for leave to appear (Docket # 37) is ALLOWED.

Judgment may be entered dismissing the complaint.

|  August 24, 2010  | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |